George HICKS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73868.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 31, 1998.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER, and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellant, George Hicks, appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing by the Circuit Court of the City of St. Louis, following appellant's conviction for delivery of a controlled substance, RSMo section 195.211 (1994).

We have reviewed the briefs of the parties, the legal file, and the transcript and find the motion court's judgment is not clearly erroneous. As no jurisprudential purpose would be served by a written opinion, we affirm the judgement pursuant to Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Robert FEDRICK, Appellant.

No. 72875.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 31, 1998.

John M. Schilmoeller, Asst. Public Defenders, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellant, Robert Fedrick, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of two counts of first degree robbery, RSMo section 569.020 (1994).

We have reviewed the briefs of the parties, the legal file, and the transcript. As no jurisprudential purpose would be served by a written opinion, we affirm the judgement pursuant to Rule 30.25(b)